

03-21-22

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.