P.2

**7017 1450 0001 3702 7144**

CAUSE NO.  202216597

RECEIPT NO.  916847                    75.00        CTM

\*\*\*\*\*\*\*\*\*                     TR # 73985486

| | |
|---|---|
| PLAINTIFF: BEES360 INC | In The   151st |
| vs. | Judicial District Court |
| DEFENDANT: CAI, ZHUHUA | of Harris County, Texas |
| | 151ST DISTRICT COURT |
| | Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris


TO: CAI, ZHUHUA
    OR WHEREVER HE MAY BE FOUND

    1517 MONTALTO DRIVE   MOUNTAIN VIEW  CA  94040

    Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE</u>


This instrument was filed on the <u>18th day of March, 2022,</u> in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
    This citation was issued on 18th day of March, 2022, under my hand and
seal of said Court.



Issued at request of:                    MARILYN BURGESS, District Clerk
YEGPARIAN, VARANT                        Harris County, Texas
700  LOUISIANA, SUITE 1200               201 Caroline, Houston, Texas 77002
HOUSTON, TX  77002                       (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 357-5150
Bar No.:  24070893                       Generated By: LAWSON, CHANDRA K  2ZD//11973258

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy   of   this   citation   together   with   an   attached   copy   of
PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE
to the following addressee at address:

_____

_____          ADDRESS

_____          _____

(a) ADDRESSEE                            Service was executed in accordance with Rule 106
                                             (2) TRCP, upon the Defendant as evidenced by the
                                             return receipt incorporated herein and attached
                                             hereto at

                                         _____
                                         on _____ day of _____, _____
                                         by U.S. Postal delivery to _____

                                         _____

                                         This citation was not executed for the following
                                         reason: _____

                                         _____

                                         MARILYN BURGESS, District Clerk
                                         Harris County, TEXAS

                                         By _____, Deputy

**RECORDER'S MEMORANDUM**
This Instrument is of poor quality
at the time of imaging

N.INT.CITM.P                         \*73985486\*

# 7017 1450 0001 3702 7144

CAUSE NO.  202216597

RECEIPT NO.  916847                          75.00        CTM

\*\*\*\*\*\*\*\*\*                           TR # 73985486

| PLAINTIFF: BEES360 INC<br>vs.<br>DEFENDANT: CAI, ZHUHUA | In The    151st<br>Judicial District Court<br>of Harris County, Texas<br>151ST DISTRICT COURT<br>Houston, TX |
|---|---|

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: CAI, ZHUHUA
    OR WHEREVER HE MAY BE FOUND

    1517  MONTALTO DRIVE    MOUNTAIN VIEW  CA  94040

    Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE</u>

This instrument was filed on the <u>18th day of March, 2022,</u> in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
    This citation was issued on 18th day of March, 2022, under my hand and seal of said Court.



Issued at request of:
YEGPARIAN, VARANT
700  LOUISIANA, SUITE 1200
HOUSTON, TX  77002
Tel: (713) 357-5150
Bar No.: 24070893

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: LAWSON, CHANDRA K  2ZD//11973258

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE to the following addressee at address:

_____

_____

(a)ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106
      (2) TRCP, upon the Defendant as evidenced by the
          return receipt incorporated herein and attached
          hereto at

on _____ day of _____, _____
by U.S. Postal delivery to _____

This citation was not executed for the following reason: _____

MARILYN BURGESS, District Clerk
Harris County, TEXAS

By _____, Deputy

N.INT.CITN.P                                **\*73985486\***