**HCDistrictclerk.com**       BEES360 INC vs. CAI, ZHUHUA                                3/29/2022
                      Cause: 202216597       CDI: 7      Court: 151

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 101062211 | Certified Mail Receipt | | 03/21/2022 | 1 |
| 100965198 | Plaintiffs Original Petition and Request for Disclosure | | 03/18/2022 | 5 |
| ·> 100965201 | AUTOMATED CERTIFICATE OF SERVICE | | 03/18/2022 | 1 |
| ·> 100965199 | EXHIBIT A | | 03/18/2022 | 5 |
| ·> 100965200 | Limited Power of Attorney | | 03/18/2022 | 1 |
| 100987666 | Certified Mail Tracking 7017 1450 0001 3702 7144 | | 03/18/2022 | 2 |