**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BEES 360, INC.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO._____ |
| | § | |
| **ZHUHUA CAI** | § | |
| | § | |
| *Defendant.* | § | |

## LIST OF ALL COUNSEL

Under SDTX Local Rule 81, listed below are all counsel of record:

**A. Plaintiff Bees360, Inc.**
  Varant Yegparian
  State Bar No. 24070893
  Brandon S. Winchester
  State Bar No. 24079590
  SCHIFFER HICKS JOHNSON, PLLC
  700 Louisiana, Suite 2650
  Houston, Texas 77002
  Phone: 713-357-5150
  Fax: 713-357-5160

**B. Zhuhua Cai**
  Brian M. Gargano
  Federal Bar No. 3082070
  Jiangang "James" Ou
  Federal Bar No. 3435797
  BOGC Legal, PLLC
  3040 Post Oak Blvd, Suite 1800-150
  Houston, Texas 77056
  Telephone: (713) 970-1066
  Fax: (713) 580-9518

2

        Respectfully submitted,

        **BOGC LEGAL, PLLC**

By: */s/ Brian M. Gargano*
    Brian M. Gargano (Attorney-in-Charge)
    Federal Bar No. 3082070
    Brian.Gargano@bogclegal.com
    Jiangang "James" Ou
    Federal Bar No. 3435797
    James.Ou@bogclegal.com
    3040 Post Oak Blvd, Suite 1800-150
    Houston, Texas 77056
    Telephone: (713) 970-1066
    Fax: (713) 580-9518

*Counsel for Defendant Zhuhua Cai*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with the Federal and Local rules the foregoing document is being filed on this 29th day of March 2022 via the Court's CM/ECF filing system, which will serve a copy electronically on all counsel of record.

        */s/ Brian M. Gargano*
        Brian M. Gargano

2