# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **BEES 360, INC.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO._____** |
| | § | |
| **ZHUHUA CAI** | § | |
| | § | |
| *Defendant.* | § | |

## <u>DECLARATION OF ZHUHUA CAI</u>

I declare under perjury the following is true and correct:

1.　　My name is Zhuhua Cai. I am over 18 years of age, of sound mind, and capable of making this declaration. The facts stated herein as well as in the Notice of Removal prepared by my attorneys on my behalf are within my personal knowledge and are true and correct.

2.　　I am one of the founders of Bees360, Inc. ("Bees360"). Since September 2018, I have owned 10.1% of Shenzhen Jufeng Intelligent Technology Co., Ltd. ("Jufeng") which upon information and belief owns and operates Bees360 as a subsidiary.

3.　　In late July 2017, Kun Liu aka Andy Mavers/Andy Liu ("Liu"), Xiaoqing Wu ("Wu") and myself discussed and planned to work together to create an AI technology company in China that would later operate in the United States.

4.　　In August 2017, I paid $50,000 USD for at least 25% or more shares in NewCo, a to-be-formed company in China

5.　　A month later, in September 2017, the to-be-formed company was formed. Specifically, Liu, Wu, and I formed the Chinese entity Shenzhen Jufeng Intelligent Technology

Co., Ltd. ("Jufeng").   Liu became the Chief Executive Officer ("CEO") of Jufeng, Wu became the Chief Operating Officer ("COO"), and I became the Chief Technical Officer ("CTO").

6.       Thereafter, on several different occasions between October 2017 and the founding of Bees360, Liu and Wu specifically told and promised me that Jufeng was going to own and operate a subsidiary company in the United States called Bees360 which was to serve as the innovator of deep learning focuses on bringing AI and drone solutions to property inspections.  Liu and Wu also told and promised me that in addition to being a shareholder of Bees360 directly or indirectly through Jufeng and receiving dividends from my shares, I would be one of Bees360's founders and lead Bees360's R&D team.

7.       In early January 2018, Bees360, Inc. was created and founded in the State of Delaware.  Thereafter, Bees360 designated its principal place of business as Houston, Texas. More specifically, Bees360 operates from its principal place of business at 2825 Wilcrest Dr., Suite 270, Houston, Texas, 77042.

8.       Since their founding, Liu, Wu and myself served as the CEO, COO and CTO of both Jufeng and Bees360. In 2018, Liu and myself served as the directors of Jufeng. Both Liu and Wu have and continue to serve as directors of both Bees360 and Jufeng.

9.       On numerous occasions in 2017 and 2018, Liu and Wu repeatedly informed and confirmed to me that Jufeng operates and controls Bees360 and that Bees360 shall become a wholly owned subsidiary of Jufeng.

10.      Given these representations and the promises made to me by Liu and Wu, I agreed to help found Bees360 and work as the head of its R&D.  As Bees360 was a startup, I took very little salary, approximately $2,300.00 a month for all my hard and innovative work because I



was promised shares in Bees360 (whether directly or indirectly via my Jufeng shares). In short, the reason I agreed to such a small salary was because the primary benefit I was being given was the shares of Bees360 along with the prospect of the shares increasing and appreciating in value.

11.     In August 2018, Liu and I had a falling out, and as a result, I left Bees360 and reduced my ownership in Jufeng to 10.1%.

12.     Following my departure from Bees360, I entrusted my Jufeng shares to Ms. Ruitao Peng ("Peng") via a document entitled "Entrusted Shareholding Agreement" ("Trust Agreement").

13.     I believe Peng violated her fiduciary duty to me as she failed to obtain my consent or even discuss with me before she voted on my behalf in approving certain major resolutions of Jufeng.

14.     In any event, on or about April 16, 2021, I terminated the Trust Agreement with Peng via written notice of cancellation. A true and accurate copy is attached hereto as Ex. 1.

15.      The reason I terminated the Trust Agreement was because I had heard that Bees360 was having great success and growth, yet I received no dividends related to my shares and wanted to conduct a valuation of my Jufeng shares given Jufeng's primary asset, Bees360 appeared to be greatly appreciating in value.

16.     Given Bees360's high and growing revenue of at least $5,000,000 annually which is publicly available, I believe that I am owed at least $200,000[1] in dividends for my 10.1% ownership interest given that the expenses would have been lower than most startups as I

---

[1] The assumption is that the legitimate expenses and liabilities of Bees360 are more likely than not 65% or less of the annual gross revenue. That would mean that there would be at least $2.1 million in profit and given my 10.1% I should have received at least $200,000 in dividends.



personally developed the technology behind Bees360 for a measly $2,300 a month salary to help Bees360 get off the ground.  As I previously stated, the reason I took such a low salary was because I was promised that my compensation would be my ownership interest in Bees360 (direct interest or indirect interest via Jufeng).

17.     According to published data, Bees360 is doing quite well and has been earning approximately $5,000,000 a year in revenue since 2021. *See* Bees360's Company Profile, a true and accurate copy of which is attached hereto as Ex. 2.

18.     By virtue of my experience in the business world, I am knowledgeable and familiar with the methods of valuation for a tech startup.  One known and widely used valuation method is the Enterprise Valuation ("EV") formula.  More specifically, EV uses the following formula: Multiplier * Gross Revenue.

19.     As the gross revenue for Bees360 is approximately $5,000,000 annually, even using the most conservative evaluation for a startup with the assumption Bees360 grows very slowly, the multiplier is between 1-3; the multiplier is around 10-20 for fast growing companies like Bees360.

20.     Accordingly, it is my opinion and belief that my 10.1% ownership interest in Bees360 should be valued or is worth at least $500,000 or more ($5,000,000 *10.1% interest).

21.     As such, it is my opinion and belief that the value of my ownership rights in Bees360 to be declared is worth at least $700,000.00 (value of shares-$500,000 + lost dividends-$200,000).

4



## JURAT

My name is Zhuhua Cai, my date of birth is November 9, 1985, and my address is 1517 Montalto Dr., Mountain View, CA 94040.  I declare under penalty of perjury that every statement in the foregoing and made in the Notice of Removal is within my personal knowledge and is true and correct.

Executed in Santa Clara County, State of California, on Wednesday, March 30, 2022.

_Zhuhua Cai_
Zhuhua Cai

# 解除委托持股通知书

彭瑞涛女士：

您好！

　　本人蔡竹华（通知人）与您于2018年09月20日签订了《关于深圳市聚蜂智能科技有限公司之蔡竹华离职后其委托持股协议书》（以下简称《委托持股协议书》）一份，委托您代本人持有深圳市聚蜂智能科技有限公司（以下简称"聚蜂公司"或"公司"）14.9万元出资（当时占公司注册资本10.10%）的股权，并将该部分股权，从本人名下经工商登记变更到了您的名下。本人现在基于以下考虑，决定不再委托您代为持有上述股权。

　　一、本人委托您代为持有公司股权，是基于本人的自愿及您的同意，作为委托人的本人随时可以解除委托关系。

　　二、从委托持股至今，涉及本人在公司的权利义务时，您并未依照《委托持股协议书》的约定通知本人并取得本人授权而自行处理了相关事宜（包括但不限于公司多次增资、稀释本人股份等重要事项），且本人也无法向您了解到公司经营以及业务情况。基于此，本人认为继续委托您代持公司股权不能保障本人作为出资人及实际股东的合法权益，委托持股已经没有必要。

　　现正式通知您：自您收悉本"解除委托持股通知书"之日起，解除与您签订的《委托持股协议书》，不再委托您代为持有本人在聚蜂公司的股权，今后，涉及本人在聚蜂公司的股权任何事宜，均由本人决定和处理。您不再有权依照《委托持股协议书》第六条处置本人在聚蜂公司中的一半股权和收益，本人对自己在公司的聚蜂全部股权拥有完全的权利。

　　请您在尽快将代持的本人股权，经工商登记变更到本人或本人指定人的名下。具体办理工商登记变更事宜请与本人联系沟通办理，谢谢！

本人联系方式正式变更如下：

手机：18606533882

邮箱：caizhua@gmail.com

邮寄地址：江西省南昌市红谷滩红谷中大道728号商城世纪村2栋2单元701室，
　　　　　　江一平（手机号：13707097810）转蔡竹华。

微信号：zhuhua_cai

特此通知。

通知人：蔡竹华

2021年04月15日

EXHIBIT 1

 

+1 502-822-6535 | support@rushtranslate.com

# Certification of Translation Accuracy

Translation of **Notice To Ruitao Peng** from **Chinese (Simplified)** to **English**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

EXHIBIT 1



+1 502-822-6535 | support@rushtranslate.com



Notice on Terminating Entrusted Shareholding

Ms. Ruitao PENG:

Hello!

I, Zhuhua CAI (the notifying party), signed the *Shareholding Entrustment Agreement Following Zhuhua CAI's Departure from Shenzhen Jufeng Intelligent Technology Co.* (referred to as "the *Shareholding Entrustment Agreement*" hereinafter) with you on September 20, 2018, entrusted you to, on behalf of me, hold the equity of the capital contribution of 149 thousand yuan (accounting for 10.10% of the Company's registered capital) in Shenzhen Jufeng Intelligent Technology Co. (referred to as "Jufeng Company" or "the Company" hereinafter), and has changed this part of equity from under my name to under your name through the business registration. I, based on the following considerations, now decide not to entrust you to hold the foregoing equity on behalf of me any longer.

I. My entrusting you to hold the company's equity on behalf of me is based on my voluntariness and your consent. As the entrusting party, I may terminate the entrustment relation at any time.

II. Since the shareholding entrustment till now, when involving my rights and obligations in the Company, you didn't follow the provisions in the *Shareholding Entrustment Agreement*, didn't inform me and obtain my authorization, but dealt with the relevant matters arbitrarily instead (including but not limited to the company's several times of capital increase, dilution of my equity, and other important matters). Moreover, I'm unable to know about the company's operation and business information through you. Based on that, I believe that continuing entrusting you to hold the company's equity cannot guarantee my lawful rights and benefits as a contributor and actual shareholder. There isn't any need for entrusted shareholding.

You are now formally informed: from the date when you receive or know this "Notice on Terminating Entrusted Shareholding", the *Shareholding Entrustment Agreement* signed with you is terminated, and you are no longer entrusted to hold my equity in Jufeng Company. From now on, any matter involving my equity in Jufeng Company shall be determined and handled by myself. You no longer have the right to dispose of my half equity and yields in Jufeng Company according to Article Six in the *Shareholding Entrustment Agreement.* I own complete rights on all my equity in Jufeng Company.

Please change my equity you held on behalf of me to, through the business registration, under my name or under the name of a person as I designated as soon as possible. Regarding the specific matters of changing to be processed in the business registration, please contact me to process. Thank you!

My contact information is formally changed as follows:

Mobile phone: 18606533882
Email address: caizhua@gmail.com
Mail address: Yiping JIANG to Zhuhua CAI (mobile phone: 13707097810), Room 701, Unit 2, Building 2, Shangcheng Shijicun, No. 728, Honggu Middle Avenue, Honggutan, Nanchang City, Jiangxi Province
WeChat account: zhuhua_cai

Let it be known.

[SIGNATURE]
Notifying party: Zhuhua CAI
April 15, 2021

# 对决议股东的复函

刘坤、吴晓卿、杨超然、深圳市平头哥智能创新有限合伙（有限合伙）：

本人收悉你们四股东"不同意蔡竹华要求解除彭瑞涛代持股权事宜的要求，认定蔡竹华依然不适合作为公司的显名股东。"的决议，现再次就该事宜致函你们：

一、本人2018年09月20日签订协议委托彭瑞涛代为持有深圳市聚蜂智能科技有限公司股权，是基于本人的自愿。有关本人离职的其他安排是基于上述委托，在此之后才有的。根据《中华人民共和国民法典》第九百三十三条，委托人或者受托人可以随时解除委托合同。

二、本人在离职时委托彭瑞涛代为持有聚蜂智能公司股权，并将股权工商登记变更到彭瑞涛名下，仅仅是本人考虑方便办理公司有关事宜，当时及现在公司各股东均知情并认可本人为公司实际股东，本人对各股东自始至终并非隐名的。彭瑞涛名下的全部聚蜂智能公司股权均为本人所有，彭瑞涛仅是受本人委托在工商登记中的名义股东。

三、委托彭瑞涛持股期间，彭瑞涛未依照约定通知本人并取得本人授权而自行处理了本人股权相关事宜，且本人也无法向彭瑞涛了解到公司情况。继续委托彭瑞涛代持公司股权不能保障本人作为实际股东的合法权益。

四、恢复本人在工商登记中的股东名义，并不会影响公司和各股东的合法权益。本人享有股东权利，也承担股东义务，将认真配合公司办理相关事宜。

五、本人无需公司退还本人对公司的投资款，也不同意减损本人的任何股东权利。

六、请聚蜂智能公司及各股东同意，并办理或协助办理，将彭瑞涛代持的本人股权，经工商登记变更到本人或本人指定人的名下。

蔡竹华

蔡竹华

2021年04月30日

EXHIBIT 1





# Certification of Translation Accuracy

Translation of **Response To Shareholders** from **Chinese (Simplified)** to **English**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

 

Response to the Shareholders in the Resolution

Kun LIU, Xiaoqing WU, Chaoran YANG, Shenzhen Pingtouge Intelligent Innovation Limited Partnership (Limited Partnership):

I have received the resolution from you four shareholders about "rejecting Zhuhua CAI's request of terminating Ruitao PENG's shareholding entrustment and identifying that Zhuhua CAI is still not suitable to become a registered shareholder of the company", and send this letter to you once again regarding this matter:

I. I signed an agreement on September 20, 2018 to entrust Ruitao PENG to hold the equity in Shenzhen Jufeng Intelligent Technology Co., which was based on my voluntariness. Other arrangements regarding my departure were based on the foregoing entrustment and then occurred after that. According to Article Nine Hundred and Thirty-three of the *Civil Code of the People's Republic of China*, the entrusting party or the entrusted party may terminate the entrustment contract at any time.

II. At the time of departure, I entrusted Ruitao PENG to hold the equity in Jufeng Intelligent Company and changed the equity to Ruitao PENG's name through the business registration only for my consideration on the convenience in processing relevant matters in the company. At that time and now, the company and the shareholders are all aware of it and recognize me as the company's actual shareholder. To the shareholders, I'm not a dormant shareholder from beginning to end. All the equity of Jufeng Intelligent Company under Ruitao PENG's name belongs to me. Ruitao PENG is only a nominal shareholder in the business registration under my entrustment.

III. During Ruitao PENG's shareholding entrustment, Ruitao PENG didn't follow the agreement to inform me and obtain my authorization, but dealt with matters related to my equity arbitrarily instead. Moreover, I'm unable to know about the company's information through Ruitao PENG. Continuing entrusting Ruitao PENG to hold the company's equity cannot guarantee my lawful rights and benefits as an actual shareholder.

IV. Recovering my identity as a shareholder in the business registration will not affect the lawful rights and benefits of the company and the shareholders. I enjoy the shareholder's rights and assume the shareholder's obligations. I will seriously cooperate with the company in processing relevant matters.

V. I don't need the company to refund my investment in the company, and don't agree with any impairment in any of my shareholder's rights.

VI. Jufeng Intelligent Company and the shareholders, please agree to process or cooperate in processing the business registration and change my equity held by Ruitao PENG in lieu to under my name or under the name of a person as I designated.

[SIGNATURE]

Zhuhua CAI
April 30, 2021

Exhibit 2



(/bees360-inc-                    (/bees360-inc-email-                    (/bees360-inc-

(/bees360-inc-profile_b4521fe6fc8a4a85)

# Bees360 Inc Information (/bees360-inc-profile_b4521fe6fc8a4a85)

Bees360 is a leading innovator of deep learning and computer vision technology who focuses on bringing AI and drone solutions to property claims and underwriting industries. It is founded by data scientists and insurance experts whose collective background in data science, mathematics, property claims, and underwriting provide an unparalleled level of knowledge to build AI-powered workflow and a disruptive business model for the conventional insurance industry.

## View Top Employees from Bees360 Inc (/person?employer[]="Bees360%20Inc")

🌐 **Website**    http://www.bees360.com (http://www.bees360.com)

💲 **Revenue**    $5 million

👥 **Employees**    23 ( 🔍 View all (/person?employer[]="Bees360%20Inc"))

🏛 **Founded**    2018

📍 **Address**    2825 Wilcrest Dr, Ste 270, Houston, Texas 77042, US (https://www.google.com/maps?q=2825%20Wilcrest%20Dr%2C%20Ste%20270%2C%20Houston%2C%20Texas%2077042%2C%20US)

📞 **Phone**    (281) 766-4380 (tel:(281) 766-4380)

🔲 **Category**    Manufacturing, Artificial Intelligence, Autonomous Drone, Data and Analytics, Science and Engineering, Computer Vision, Software, Underwriting, Information Technology, Claims and Inspection, Managed Repair Program, Damage Detection, Roof Measurements, Roofing, Insurance

🎯 **SIC**    37, 372

NAICS        33, 336411

Find contact info for Bees360 Inc employees

| Enter employee's name, title or keywords | 🔍 Find Info |

## Frequently Asked Questions
# Bees360 Inc

Who is the Founder and Chief Executive Officer of Bees360 Inc?    ›

Who is the Co-Founder and Chief Operations Officer of Bees360 Inc?    ›

Who is the Chief Technology Officer of Bees360 Inc?    ›

How many people are employed at Bees360 Inc?    ›

Where is Bees360 Inc based?    ›

What is the NAICS code for Bees360 Inc?    ›

What is the SIC code for Bees360 Inc?    ›

## Top **Bees360 Inc** Employees



**Andy Liu**
**Founder and Chief Executive Officer**
**(/andy-liu-email_101926301)**
📍 Houston, Texas, United States

| View (/andy-liu-email_101926301) |

3 ✉ bees360.com, gmail.com, 126.com
2 📞 713-252-XXXX, 713-348-XXXX

**Xiaoqing Wu**



Co-Founder and Chief Operations Officer
**(/xiaoqing-wu-email_118549755)**

📍 Houston, Texas, United States

View (/xiaoqing-wu-email_118549755)

---

4 ✉ bees360.com, gmail.com, qrigroup.com, pan..
1 📞 713485XXXX



## Chaoran Yang

**Chief Technology Officer**

**(/chaoran-yang-email_8003319)**

📍 New York, New York, United States

View (/chaoran-yang-email_8003319)

---

5 ✉ bees360.com, yahoo.com, me.com, qrigroup..
1 📞 832228XXXX



## Xiaoqing Wu

**Co-Founder and Chief Operations Officer**

**(/xiaoqing-wu-email_623373)**

📍 Houston, Texas, United States

View (/xiaoqing-wu-email_623373)

---

3 ✉ qrigroup.com, gmail.com, pantoninc.com
1 📞 713485XXXX



## Corey Frederick

**Director Of Operations**

**(/corey-frederick-email_100387165)**

📍 Houston, Texas, United States

View (/corey-frederick-email_100387165)

---

5 ✉ bees360.com, qwest.net, mfirstfunding.com, ..
4 📞 310-714-XXXX, 310-529-XXXX, 323-270-XXX…

View Similar People (/person?employer[]="Bees360%20Inc")

---

# We set the standard for finding emails

Trusted by over 11.0 million users and 95% of the S&P 500.

Exhibit 2

Prior to RocketReach, we would reach out to people through professional networking sites like LinkedIn. But it was frustrating for us to have to wait for people to accept our connection requests (if they accepted them at all) and sending is too expensive..this was a major speed bump in our workflow and source of never ending frustration.. With the shear number of contacts we've been able to find using RocketReach, the platform has probably saved us nearly five years' worth of waiting.

**- Nathan Choi , Founder & CEO @ Nathan Research Group Inc (http://www.nathanrg.com)**

Bees360 Inc. Company Profile | Management and Employees List
Exhibit 2



# MARKETING

Power up your marketing and get people to pay attention to your business, pursuit, or clients. Find prospects, develop your lists, and track your marketing campaigns without even having to leave the RocketReach suite. Find the most crucial people you need to bring your product to with our advanced search features and then immediately take action, leaving your competition in the dust.



# SALES

Empower your sales teams to reach the right decisions makers directly, using the most accurate and up-to-date emails, phone numbers and social media links. Search and discover companies that match the right target criteria. With RocketReach, you'll find the right customers while gaining key insights into current company data and statistics. Then with your lookups you and your team can easily start engaging with customized outreach campaigns and more.

Exhibit 2



# RECRUITING

Find the best candidates quicker than your competitors. With our advanced search, you and your team can quickly nail down the strongest prospects and ensure that you're going to find the best fit. Reach out directly with real-time validated email and phone numbers, and take it to the next step by creating personal and reusable email templates that integrate with your existing email provider. Organize your contacts with fully customizable lists and integrate with your existing CRM or ATS for seamless workflow. Learn about your hires behavior and see who's opened, clicked, and replied to these emails all within the RocketReach platform included in every plan. Our data is constantly growing, always providing you with the freshest and most up-to-date leads.

# Get started in seconds, it's free

No Credit Card Required

**Sign Up for Free** (/signup)

Exhibit 2

 (https://www.g2.com/products/rocketreach/reviews?utm_source=rewards-badge)

 (https://www.g2.com/products/rocketreach/reviews?utm_source=rewards-badge)

 (https://www.g2.com/products/rocketreach/reviews?utm_source=rewards-badge)

 (https://www.g2.com/products/rocketreach/reviews?utm_source=rewards-badge)








*G2Crowd* **Trusted**   **300K+** *Plugin Users*   **700+** *Reviews*

(/splash)

📍 47.6177115,-122.2034444 (https://goo.gl/maps/zTK22oR8oJM3TCvq6)

Hosted in:   **POD6**

All Systems Operational: ● (http://monitoring.rocketreach.co)

## PRODUCTS

Advanced Search (/adv_search)

Chrome Extension (/browser_extension/chrome)

Edge Extension (/browser_extension/edge)

Bulk Lookups (/bulk_lookups)

API (/api/splash)

Integrations (/integrations)

## INFORMATION

Pricing (/pricing)

Help (https://knowledgebase.rocketreach.co/hc)

Reviews (/reviews)

User Agreement (/terms)

Privacy Policy (/privacy)

Cookie Policy (/cookies)

Do Not Sell My Info (/claim-profile)

## TEAMS

Features (/teams)

Start Team Plan (/teams-setup)

Enterprise Plan (/teams/enterprise)

Speak to Sales (/contact_us/enterprise)

## COMPANY

About Us (/about_us)

Careers (/jobs)

Contact Us (/contact_us)

©2022 RocketReach.co

(f) (https://www.facebook.com/RocketReach-1209517052395769/) (🐦) (https://twitter.com/RocketReachCo)



News

# AI and data insurtech Bees360 prepping Series A fund raise

2 December 2021

**Bees360, which provides drone and AI technology for property underwriting and claim inspections, is working with Stonybrook Capital on a Series A round in which it hopes to raise around $20mn-$30mn to help grow its AI data science, pilot and sales teams, The Insurer can reveal.**





Bees360 is a leading InsurTech innovator and a one-stop-shop service provider. Our focus is the development and utilization of artificial intelligence (AI), machine learning, and drone technology to reshape the P&C property claim and underwriting inspection industry through a disruptive business model. Bees360 has formed the largest inspector network equipped with drones in the US. Our process consists of a combination of boots-on-ground inspectors utilizing drones, mobile devices and AI to acquire and analyze property data which is then reviewed by our licensed desk adjusters. Bees360 offers world class service to its carrier partners at the most competitive prices and the highest consistent quality, which achieves optimal efficiency at unprecedently fast turnaround times. Bees360's technology and services have been successfully implemented by multiple regional and national carriers through its 2,500-inspector network as of January 2021.



## Why Should Clients Care (Benefits):

- Cost: Bees360 offers a fixed rate pricing model based on volume. We vow to match or reduce fees currently in the industry.
- Quality: Bees360 requires a 5-week rigorous inspector training program as well as a remote pilot license issued by the FAA. Bees360 is proud to be constantly ranked "Best Vendor" by our carrier partners.
- Efficiency: Bees360's cycle time for claim and underwriting inspections is unprecedently fast which helps the insured settle claims faster and mitigates early claims for its carrier partners, respectively.
- Consistency: thanks to our expert adjuster and well-trained inspector teams, paired with our cutting-edge AI technology, Bees360 ensures the consistent and unbiased



https://www.linkedin.com/search/results/people/?keywords=bees360%2C%20inc.&origin=CLUS
TER_EXPANSION&position=0&searchId=f5fcbf3e-8b39-4f3c-9379-31ab1cbf5190&sid=7vq





prnewswire.com/news-releases/bees360-integrates-with-magicplan-to-bring-real-time-ar-technology-to-property-claims-301336910.html

neering | IT Desk Help | Family | Ecommerce | Business | spark | Reading | Jessie Yeung | HEMA | 404 error... | De pagina kon nie... | s

# Bees360 Integrates with magicplan to Bring Real-time AR Technology to Property Claims



NEWS PROVIDED BY
**Bees360, Inc. →**
Jul 20, 2021, 11:00 ET

SHARE THIS ARTICLE

HOUSTON and MONTREAL, July 20, 2021 /PRNewswire/ -- Bees360, a leading AI technology innovator for property claims and underwriting along with magicplan, a leading AR technology platform with more than 21 million downloads globally, today announced an integration to deliver the real-time virtual claim adjusting experience to shorten claims cycle times and reduce loss adjustment expenses significantly.

**Bees360** logo
How to Conduct Interior Claim Inspections

Bees360 has formed the largest Property Claims and Underwriting Inspection network equipped with drones and AI-powered mobile application, BeesPilot™, in the United States. Through this integration between magicplan and BeesPilot™, all of Bees360's 3000 inspectors now have the access to magicplan's AR technology to create real-time 3D interior measurements onsite which are accurate to the nearest inch.

"We are impressed by magicplan's ease of use, real-time capability and extremely cost-effective business model empowered by their state-of-the-art AR technology," says Andy Liu, CEO at Bees360. "With this integration, our Inspectors can document interior damages and measure the room in less than 5 minutes with minimal cost, all integrated within our BeesPilot™ app. The interior measurements are instantly ready for our Desk Adjusters to complete estimates. This will not only save us 1-2 days on claims cycle times, but will also reduce the cost for our Carrier Partners dramatically."

"magicplan is squarely focused on providing the fastest and easiest solution for interior measurements," says Andreas Böhm, CEO at magicplan. "With Bees360 it is great to have a partner that is completing the job from the outside of the home. We are excited about Bees360's AI capabilities in detecting roof damages. Both companies believe in the great possibilities AI and technology will have in this field."

About Bees360

Bees360 is a leading innovator of deep learning and computer vision technology who focuses on bringing AI and drone solutions to property claims and underwriting industries. It is founded by data scientists and insurance experts whose



"magicplan is squarely focused on providing the fastest and easiest solution for interior measurements," says Andreas Böhm, CEO at magicplan. "With Bees360 it is great to have a partner that is completing the job from the outside of the home. We are excited about Bees360's AI capabilities in detecting roof damages. Both companies believe in the great possibilities AI and technology will have in this field."

About Bees360

Bees360 is a leading innovator of deep learning and computer vision technology who focuses on bringing AI and drone solutions to property claims and underwriting industries. It is founded by data scientists and insurance experts whose collective background in data science, mathematics, property claims, and underwriting provide an unparalleled level of knowledge to build AI-powered workflow and a disruptive business model for the conventional insurance industry.

About magicplan

magicplan builds mobile and cloud software to capture interior spaces. The company's mobile-first software solutions assist in the planning, estimating, and scheduling of renovation, restoration, and remodeling jobs. Every week over 50,000 new projects are managed with magicplan around the globe. magicplan was founded in 2010 in Montreal, Canada. Since the initial release, the application has been downloaded over 21 million times. Visit us at www.magic-plan.app

SOURCE Bees360, Inc.



# Swyfft collaborates with the innovative technology of Bees360 to process wind and hail claims using drones and AI

By Bees360, Inc.;Swyfft;  Jul 14, 2020 Updated Jul 14, 2020



HOUSTON, July 14, 2020 /PRNewswire/ -- Swyfft, who provides fast and friendly homeowners insurance through their patented analytical methods and unique data sources, has pegged Bees360's claims assist solution for handling wind & hail claims. Swyfft's utilization of Bees360 combines drones, AI, autonomous flight apps and licensed desk adjusters to create a faster and more efficient way to inspect and process wind & hail claims.



# Bees360 Releases Its Customizable API to Directly Integrate with Insurance Carriers Underwriting Platforms

by PRNewswire

August 19, 2020 11:00 AM | 2 min read

[TODAY ONLY] Get 50% OFF and get 2 bear market-beating options trades straight to your inbox and SMS every month! Click Here Now to Get Started!

HOUSTON, Aug. 19, 2020 /PRNewswire/ -- Bees360, the innovator of deep learning and drone technology for property underwriting and claim inspections, today released its underwriting platform API with a variety of customizable features embedded for insurance carriers.

Carriers can now directly call Bees360's API to create a batch of underwriting inspections, check inspection status, ingest inspection data from Bees360 platform into theirs, and practice data engineering seamlessly. More importantly, the API offers a high level of flexibility to satisfy the carrier's various business needs in their underwriting efforts.

"API is the key to streamlining the entire process. Our API offers around 100

## Create a Watchlist

FREE: Follow your stocks and cryptocurrencies with the most actionable alerts on the internet.

CLICK TO GET STARTED

BEAT THE MARKET WITH OUR FREE PRE-MARKET NEWSLETTER

Enter your email to get Benzinga's ultimate morning update: The PreMarket Activity Newsletter



Bees360 has formed the largest drone pilot network specialized for property inspections in the United States. By utilizing this well-trained pilot network, Bees360 is currently operating in 41 States to handle thousands of underwriting inspections by directly engaging with Insurance Carriers. More and more Carriers are implementing and adopting Bees360's drone-assisted underwriting inspection service. The high-resolution drone images of the roof, detailed mobile images on the exterior, customizable forms and cost-effective pricing model build a strong foundation for Bees360's success. Bees360 developed these capabilities, not only as a service, but as a time and efficiency product to revolutionize the inspection process utilizing unconventional technology yet yielding conventional data with superior high resolution images. This customizable API will accelerate the adoption process. The API documentation can be found on Bees360's website at https://api.bees360.com/.

About Bees360

Bees360 is a leading innovator of deep learning and computer vision technology who focuses on bringing AI and drone solutions to property underwriting and claim inspections. It is founded by PhDs and insurance experts whose collective background in data science, mathematics, property claims & underwriting provide an unparalleled level of knowledge to build AI-powered workflow and a disruptive business model for the conventional insurance industry.

