IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BEES 360, INC.** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO._____ |
| **ZHUHUA CAI** | § § § | |
| *Defendant.* | § § | |

## INDEX OF MATTERS BEING FILED

| EXHIBIT | DOCUMENT |
|---|---|
| | All executed process in the case |
| A | Certified Mail Receipt |
| B | Certified Mail Tracking |
| | State Court Pleadings |
| C | Plaintiff's Original Petition and Request for Disclosure and Exhibits |
| | State Court Docket Sheet |
| D | Docket Sheet |
| | List of Counsel |
| E | List of Counsel, including address, telephone numbers and parties represented |

Respectfully submitted,

**BOGC LEGAL, PLLC**

By: */s/ Brian M. Gargano*

Brian M. Gargano (Attorney-in-Charge)
Federal Bar No. 3082070
Brian.Gargano@bogclegal.com
Jiangang "James" Ou
Federal Bar No. 3435797
James.Ou@bogclegal.com
3040 Post Oak Blvd, Suite 1800-150
Houston, Texas 77056
Telephone: (713) 970-1066
Fax: (713) 580-9518

*Counsel for Zhuhua Cai*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with the Federal and Local rules the foregoing document is being filed on this 30th day of March 2022 via the Court's CM/ECF filing system, which will serve a copy electronically on all counsel of record.

*/s/ Brian M. Gargano*
Brian M. Gargano

2